1  HIEU T. WILLIAMS (SBN 280585)
   hwilliams@hkemploymentlaw.com
2  HIRSCHFELD KRAEMER LLP
   456 Montgomery Street, Suite 2200
3  San Francisco, CA 94104
   Telephone:  (415) 835-9000
4  Facsimile:  (415) 834-0443

5  BENJAMIN J. HEROLD (SBN 325391)
   bherold@hkemploymentlaw.com
6  HIRSCHFELD KRAEMER LLP
   233 Wilshire Boulevard Suite 600
7  Santa Monica, CA 90401
   Telephone:  (310) 255-0705
8  Facsimile:  (310) 255-0986

9
   Attorneys for Defendant and Counterclaimant
10 BARRETT BUSINESS SERVICES, INC.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KYLE B. CLARK,<br><br>        Plaintiff,<br><br>vs.<br><br>BARRETT BUSINESS SERVICES, INC.; and DOES 1 through 100, inclusive,<br><br>        Defendants.<br><br>BARRETT BUSINESS SERVICES, INC.,<br><br>        Counterclaimant,<br><br>vs.<br><br>KYLE B. CLARK and ROES 1 to 10, inclusive,<br><br>        Counterdefendant. | Case No.  4:24-cv-02390-HSG<br>[Judge Haywood S Gilliam, Jr.- Crtrm 2]<br><br>[Sacramento County Superior Court Case No. 24CV004837]<br><br>**JOINT STIPULATION TO TRANSFER ACTION TO THE UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF CALIFORNIA AND ORDER  (as modified)**<br><br>Complaint Filed: March 13, 2024 |

1

2         IT IS HEREBY STIPULATED by and between Plaintiff KYLE B. CLARK

3   ("Plaintiff"), Defendant BARRETT BUSINESS SERVICES, INC (collectively, the

4   "Parties") as follows:

5         1.    WHEREAS, on March 13, 2024, Plaintiff filed suit against Defendant

6   in the Superior Court for the County of Sacramento in the matter captioned *Clark v.*

7   *Barrett Business Services, Inc., et al.*, 24CV004837;

8         2.    WHEREAS, on April 22, 2024, Defendant removed the instant matter,

9   along with all compulsory counterclaims, to the United States District Court for the

10  Northern District of California;

11        3.    WHEREAS, venue for the instant matter is proper in district court of

12  the United States for the district and division within which the state court action

13  was pending, which is the United States District Court for the Eastern District of

14  California;

15        3.    WHEREAS, on May 28, 2024, the Hon. Judge Haywood S. Gilliam,

16  Jr. held a telephonic case management conference during which the parties agreed

17  to transfer the instant matter to the more appropriate venue – the Eastern District of

18  California;

19        4.    NOW THEREFORE, the Parties, by and through their respective

20  undersigned counsel, do stipulate as follows:

21        5.    The instant matter shall be transferred from the United States District

22  Court for the Northern District of California to the United States District Court for

23  the Eastern District of California pursuant to 28 U.S.C. § 1404(a).

24        6.    Further, Plaintiff shall be granted an extension of time to file a

25  responsive pleading to Defendant's Counterclaim, the new deadline for which shall

26  be June 7, 2024.

27                                              [signature page follows]

28

HIRSCHFELD KRAEMER LLP
ATTORNEYS AT LAW
SAN FRANCISCO

SO STIPULATED.

Dated: June 3, 2024                                             HIRSCHFELD KRAEMER LLP

                                                                By: _____
                                                                    Hieu T. Williams
                                                                    Benjamin J. Herold
                                                                Attorneys for Defendant and
                                                                Counterclaimant
                                                                BARRETT BUSINESS SERVICES, INC.

Dated:  June 3, 2024                                            BOHM LAW GROUP

                                                                By: _____
                                                                    Lawrance A. Bohm
                                                                    Robert L. Boucher

                                                                Attorneys for Plaintiff
                                                                KYLE B. CLARK

**ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED that the instant matter shall be transferred from the United States District Court for the Northern District of California to the United States District Court for the Eastern District of California pursuant to 28 U.S.C. § 1404(a).  Plaintiff must file a responsive pleading to Defendant's Counterclaim by June 7, 2024.  The Clerk is directed to close this case.

Dated: __6/4/2024__          By: /s/ Haywood S. Gilliam, Jr.
Hon. Judge Haywood S. Gilliam, Jr.
Judge of the United States District
Court, Northern District of California